UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JANELLE BREVARD,

    Plaintiff,                                CASE NO.: 1:23-cv-01869

vs.

NATIONAL ASSOCIATION OF REALTORS,

    Defendant.
_____/

## NOTICE OF FILING ADDRESS OF PLAINTIFF AND DEFENDANT

Pursuant to Local Rule 5.1(c) and the Notice filed by the Court on June 28, 2023, Plaintiff, JANELLE BREVARD, by and through her undersigned counsel and hereby files this Notice of Filing Address of Plaintiff and Defendant and hereby states as follows:

1. The residential address of Plaintiff, JANELLE BREVARD is 23708 Kilkerran Drive, Aldie, Virginia 20105.

2. The address of Defendant, NATIONAL ASSOCIATION OF REALTORS, is 500 New Jersey Avenue, NW, Washington, D.C. 20001.

Dated this 27th day of June, 2023.

                                            Respectfully submitted,

                                            s/ Anthony Hall
                                            Anthony Hall, Esquire – LEAD COUNSEL
                                            FBN: 40924
                                            THE LEACH FIRM, P.A.
                                            1560 N. Orange Avenue, Suite 600
                                            Winter Park, FL 32789

>Telephone: (407) 574-4999
>Facsimile: (833) 813-7513
>Email: ahall@theleachfirm.com
>Email: aperez@theleachfirm.com
>***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June, 2023, the foregoing was electronically filed through the CMECF system which will send a notice of electronic filing to opposing counsel.

>***s/ Anthony J. Hall***
>Anthony J. Hall, Esq.