## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**JANELLE BREVARD,**

    **Plaintiff,**                     **CASE NO.: 1:23-cv-01869**

**vs.**

**NATIONAL ASSOCIATION OF REALTORS,**

    **Defendant.**

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, JANELLE BREVARD, by and through her undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) hereby files this hereby files this *Notice of Stipulation of Dismissal with Prejudice*, and respectfully request that the Court dismiss the above-styled case.

Dated this 6th day of July, 2023.

                                                     Respectfully submitted,

                                                     **s/ Anthony Hall**
                                                     Anthony Hall, Esquire – LEAD COUNSEL
                                                     FBN: 40924
                                                     THE LEACH FIRM, P.A.
                                                     1560 N. Orange Avenue, Suite 600
                                                     Winter Park, Florida 32789
                                                     Telephone: (407) 574-4999
                                                     Facsimile: (833) 813-7513
                                                     Email: ahall@theleachfirm.com
                                                     Email: aperez@theleachfirm.com
                                                     ***Attorneys for Plaintiff***